UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER A. PEREZ,

Plaintiff,

v.

S. CAMPBELL, et al.,

Defendants.

Case No. 26-cv-11242

Honorable Robert J. White

**JUDGMENT**

The Court has dismissed the complaint.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendants and against plaintiff. Costs to be permitted in accordance with law.

KINIKIA D. ESSIX
CLERK OF COURT

By: s/Tara Villereal
Deputy Clerk

October 8, 2026

Approved: s/ Robert J. White
Robert J. White
United States District Judge